**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No.  CR-11-0504-PHX-SRB |
| Plaintiff, | ) | |
| vs. | ) | **DETENTION ORDER** |
| Richard Junior Peiro, | ) | |
| Defendant. | ) | |

On March 21, 2013, defendant Richard Junior Peiro appeared before this Court on a petition to revoke conditions of release and submitted the issue to the Court.  The Court considered the information provided to the Court in determining whether the defendant should be released on conditions set by the Court.

The Court finds there is probable cause to believe that the defendant committed a federal crime while on release status. The defendant did not rebut the presumption that no condition or combination of conditions could reasonably assure his appearance in court. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending designation for assignment by the Bureau of Prisons.

DATED this 21ˢᵗ day of March, 2013.

_____
David K. Duncan
United States Magistrate Judge